**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26139-RAR**

**METROPOLITAN TRUCKING INC.**, *et al.*,

Plaintiffs,

v.

**FEDERAL MOTOR CARRIER**
**SAFETY ADMINISTRATION**, *et al.*,

Defendants.
_______________________________________/

**ORDER DENYING AS MOOT AMENDED AND RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice Regarding Amended and Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction, [ECF No. 60]. On September 28, 2026, Plaintiffs filed an Amended and Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), [ECF No. 38]. Plaintiffs Metropolitan Trucking Inc. ("Metropolitan") and American Trucking, LLC ("American") sought a preliminary injunction enjoining Defendants Federal Motor Carrier Safety Administration ("FMCSA"), Department of Transportation ("DOT"), and Patrick D. Nemons, Director, Office of Safety Programs, FMCSA, (collectively, "Defendants") from giving further effect to the Notices of Emergency Removal dated August 31, 2026 and directing Defendants to restore Plaintiffs and each of their registered training locations to the Entry-Level Driver Training Provider Registry ("Registry") in the status held before August 31, 2026, pending administrative review and further order of this Court. *See generally* Mot.

On October 14, 2026, Plaintiffs filed a Notice of Filing Notices of Reinstatement demonstrating that they have been reinstated to the Registry upon FMCSA's completion of its review of their applications for reinstatement. *See* [ECF No. 58] Ex. A; *id.* Ex. B. The Court subsequently entered a Paperless Order requiring Plaintiffs to "file a notice confirming whether they need to proceed with the in-person hearing on Plaintiffs' [Motion] . . . or whether the Motion should be denied as moot." *See* [ECF No. 59] ("Order"). In response to the Order, Plaintiffs filed a Notice Regarding Amended and Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction, which states that "[i]n light of Plaintiffs' reinstatement to the Training Provider Registry, the [Motion] is now moot." *See* [ECF No. 60] at 1. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Amended and Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"), [ECF No. 38], is **DENIED as moot**.
2. The in-person hearing on Plaintiffs' Motion, which is currently scheduled for October 15, 2026, at 9:30 A.M. is **CANCELLED.**

**DONE AND ORDERED** in Miami, Florida, this 14th day of October, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**